IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

JAMES ROY, on behalf of himself and all  
others similarly situated,

    Plaintiffs,

v.

TITEFLEX CORPORATION, *et al.*,

    Defendants.

Case No.: 384003-V

## ORDER

The parties having appeared for a hearing on the defendants' motion to dismiss, for the reasons stated on the record in open court, it is this 16th day of October, 2015, by the Circuit Court for Montgomery County, Maryland,

ORDERED, that the defendants' motion to dismiss the plaintiffs' complaint (DE #22) is DENIED.

_____  
Ronald B. Rubin, Judge

ENTERED  
OCT 21 2015  
Clerk of the Circuit Court  
Montgomery County, Md.